# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis A. Wolfe and Kathleen S. Wolfe <u>Debtor(s)</u> | BKY. NO. 12-04451 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8192

                                                Respectfully submitted,

                                                **/s/ Thomas Puleo**
                                                Thomas Puleo, Esquire
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406
                                                Attorney for Movant/Applicant