```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 12-04451-JJT
Dennis A. Wolfe                                                     Chapter 13
Kathleen S. Wolfe
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 2          Date Rcvd: Aug 09, 2017
                              Form ID: 3180W               Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.

```
db/jdb         +Dennis A. Wolfe,    Kathleen S. Wolfe,    33 East Schmaltzdahl Road,
                 New Ringgold, PA 17960-9772
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX 75261-9741)
4153050        +Accounts Recovery Bureau,    P. O. Box 6768,    Wyomissing, PA 19610-0768
4153051        +Allied Interstate,    3000 Corporate Exchange,    Fifth Floor,    Columbus, OH 43231-7689
4153052         American Coradious Int. LLC,    2420 Sweet Home Rd.,    Suite 150,    Amherst, NY 14228-2244
4153053        +American Express Centurion Bank,    4315 S. 2700 West,    Salt Lake City, UT 84148-0001
4153054        +American Express Centurion Bank,    c/o Sklar - Markind,    102 Browning Ln., Bldg B-1,
                 Cherry Hill, NJ 08003-3195
4153059         Bill Me Later,    P. O. Box 2394,    Omaha, NE 68103-2394
4153062        +Cardiology Assoc of West Rdg,    301 S. Seventh Ave., Ste. 2020,    West Reading, PA 19611-1495
4153064         Chase Home Finance,    3415 Vision Dr.,    Columbus, OH 43219-6009
4153065         Chase Home Finance,    P. O. Box 24696,    Columbus, OH 43224-0696
4153066        +Citgo Plus Card,    P. O. Box 6401,    Sioux Falls, SD 57117-6401
4153068        +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
4153070        +Creditors Interchange,    80 Holtz Dr.,    Buffalo, NY 14225-1470
4153071        +David J. Apothaker, Esq.,    Apothaker & Associates, PC,    520 Fellowship Rd., C306,
                 Mount Laurel, NJ 08054-3410
4153074        +ExxonMobil,    P. O. Box 6404,    Sioux Falls, SD 57117-6404
4178487         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
4194072        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7142,
                 Columbus, OH 43219-6009
4153080        +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4153079        +Medco Health Solutions,    255 Phillipi Road,    Columbus, OH 43228-1316
4153081         National Credit Adjusters,    P. O. Box 3023,    Hutchinson, KS 67504-3023
4153084        +Primary Financial Services,    3115 N. Third Ave.,    Suite 112,    Phoenix, AZ 85013-4387
4153085         Professional Bureau of,    Collections of Maryland,    9675 Elk Grove-Florin Rd.,
                 Elk Grove, CA 95624
4153086        +Professional Recovery Services,    P. O. Box 1880,    Voorhees, NJ 08043-7880
4153087         Quest Diagnostics,    P. O. Box 7306,    Hollister, MO 65673-7306
4153088        +Robert N. Polas, Jr., Esq.,    Portfolio Recovery Assoc. LLC,    140 Corporate Blvd.,
                 Norfolk, VA 23502-4952
4153089        +Schuylkill Medical Ctr South,    420 S. Jackson St.,    Pottsville, PA 17901-3692
4153091        +Shell,    P. O. Box 6406,    Sioux Falls, SD 57117-6406
4153092         Sunoco, Inc.,    P. O. Box 6407,    Sioux Falls, SD 57117-6407
4153093        #+Tate & Kirlin Associates,    2810 Southampton Rd.,    Philadelphia, PA 19154-1207
4153094         The CBE Group Inc.,    131 Tower Park Dr., Ste. 100,    P. O. Box 2547,    Waterloo, IA 50704-2547
4153095        +United Collection Bureau,    5620 Southwyck Blvd., Ste. 206,    Toledo, OH 43614-1501
4153098         WestWyo Services, LLC,    P. O. Box 415018,    Boston, MA 02241-5018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4153055         EDI: ARSN.COM Aug 09 2017 19:08:00     ARS,    P.O. Box 463023,    Escondido, CA 92046-3023
4168079         EDI: BECKLEE.COM Aug 09 2017 19:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4153056         EDI: BANKAMER.COM Aug 09 2017 19:08:00      Bank of America,    P. O.Box 982235,
                 El Paso, TX 79998-2235
4153057         EDI: BANKAMER.COM Aug 09 2017 19:08:00      Bank of America, NA,    Customer Service,
                 P. O. Box 5170,    Simi Valley, CA 93062-5170
4153058         E-mail/Text: banko@berkscredit.com Aug 09 2017 19:06:06      Berks Credit & Collections,
                 P. O. Box 329,    Temple, PA 19560-0329
4153060         EDI: HFC.COM Aug 09 2017 19:08:00      Boscov's,    Retail Services,    P. O. Box 5893,
                 Carol Stream, IL 60197-5893
4153061        +E-mail/Text: cms-bk@cms-collect.com Aug 09 2017 19:06:06      Capital Management Services,
                 726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
4153063         EDI: CHASE.COM Aug 09 2017 19:08:00      Cardmember Service,    P. O. Box 15298,
                 Wilmington, DE 19850-5298
4153067        +EDI: CITICORP.COM Aug 09 2017 19:08:00      Citi Card,    P. O. Box 6500,
                 Sioux Falls, SD 57117-6500
4153069        +EDI: CCS.COM Aug 09 2017 19:08:00      Credit Collection Services,    Two Wells Ave.,
                 Newton, MA 02459-3246
4153072         EDI: RCSDELL.COM Aug 09 2017 19:08:00      Dell Financial Services,
                 c/o DFS Customer Care Dept.,    P. O. Box 81577,    Austin, TX 78708-1577
4153073         E-mail/Text: bknotice@erccollections.com Aug 09 2017 19:06:14      Enhanced Recovery Company,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
4153075        +EDI: FSAE.COM Aug 09 2017 19:08:00      Firstsource Advantage LLC,    205 Bryant Woods S,
                 Amherst, NY 14228-3609
4153077         EDI: IRS.COM Aug 09 2017 19:08:00      Internal Revenue Service,    P. O. Box 7346,
                 Philadelphia, PA 19101-7346
4197605         EDI: JEFFERSONCAP.COM Aug 09 2017 19:08:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4153078       +EDI: LTDFINANCIAL.COM Aug 09 2017 19:08:00      LTD Financial Services,    7322 Southwest Fwy.,
               Suite 1600,    Houston, TX 77074-2134
4153083       +E-mail/Text: egssupportservices@egscorp.com Aug 09 2017 19:06:16      NCO Financial Systems,
               507 Prudential Rd.,    Horsham, PA 19044-2308
4153082        EDI: NESF.COM Aug 09 2017 19:08:00      National Enterprise Systems,    29125 Solon Rd.,
               Solon, OH 44139-3442
4194570        EDI: PRA.COM Aug 09 2017 19:08:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk VA 23541
4255144       +EDI: PRA.COM Aug 09 2017 19:08:00      Portfolio Recovery Assocs., LLC,    POB 41067,
               Norfolk, VA 23541-1067
4153090        EDI: SEARS.COM Aug 09 2017 19:08:00      Sears Card,    P. O. Box 6283,
               Sioux Falls, SD 57117-6283
4153096       +E-mail/Text: edinkel@vikingservice.com Aug 09 2017 19:06:39      Viking Collection Service,
               7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
4153097       +EDI: RMSC.COM Aug 09 2017 19:08:00      Wal-Mart,    GE Money Bank,    P. O. Box 103104,
               Roswell, GA 30076-9104
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
4157723*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
            (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
4153076      ##FMS Inc.,    P. O. Box 707601,    Tulsa, OK 74170-7601
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David S. Gellert    on behalf of Debtor Dennis A. Wolfe dsgrdg@ptdprolog.net
              David S. Gellert    on behalf of Joint Debtor Kathleen S. Wolfe dsgrdg@ptdprolog.net
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dennis A. Wolfe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7424 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kathleen S. Wolfe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5342 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:12–bk–04451–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dennis A. Wolfe

Kathleen S. Wolfe

**By the court:**

August 9, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**