# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DENNIS A. WOLFE                                      Case No.: 5-12-04451-JJT

    KATHLEEN S. WOLFE                               Chapter 13

              Debtor(s)

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

**PART 1:**                          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 8192 |
| Property Address if applicable: | 33 EAST SCHMALTZDAHL ROAD, NEW RINGGOLD, PA 17960 |

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $302.26 |
| b. | Prepetition arrearages paid by the Trustee: | $302.26 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $ |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $ |
| e. | Allowed postpetition arrearage: | $ |
| f. | Postpetition arrearages paid by the Trustee: | $ |
| g. | Total b, d, f: | $302.26 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**To the extent that the Debtor is not delinquent as of the date of this Notice, the Creditor should file a Response indicating same.**

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 16, 2017                          Respectfully submitted,

                                                   s/ Charles J. DeHart, III, Trustee
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097
                                                   Fax:  (717) 566-8313
                                                   eMail:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    DENNIS A. WOLFE                        Case No.: 5-12-04451-JJT
    KATHLEEN S. WOLFE                    Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on August 16, 2017.

DENNIS A. WOLFE
KATHLEEN S. WOLFE
33 EAST SCHMALTZDAHL ROAD
NEW RINGGOLD, PA  17960


CHASE RECORDS CENTER
ATTN:  CORRESPONDENCE MAIL/MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA,  71203


DAVID S. GELLERT, ESQUIRE
1244 HAMILTON ST, STE 204
ALLENTOWN PA,  18102


Date: August 16, 2017                      <u>s/ Charles J. DeHart, III, Trustee</u>
                                                                         Charles J. DeHart, III, Trustee
                                                                         Standing Chapter 13 Trustee
                                                                         Suite A, 8125 Adams Drive
                                                                         Hummelstown, PA  17036
                                                                         Phone:  (717) 566-6097
                                                                         Fax:  (717) 566-8313
                                                                         eMail:  dehartstaff@pamd13trustee.com